Honofre James Oliva Chargualaf
Reg#. )1107-093
United States Penitentiary
P.O. BOX 2099
Pollock, Louisiana. 71467

Monday, Oct. 30th 2006

Dear Clerk of Court,

I am requesting the following material from your Dept. in CR95-00054 and in CV-99-00012-JSU.

1). A copy of the Judges opinion, findings, conclusions, and final order of my §2255. (CV-99-00012-JSU)

2). 1-copy of my Docket sheet(s). (CR95-00054-01)

Thank you,

Honofre J.O. Chargualaf



RECEIVED
NOV - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM