# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN  
CLERK OF COURT

TEL: (671) 473-9100  
FAX: (671) 473-9152

November 15, 2006

Honofre James Oliva Chargualaf
Reg. No. 01107-093
United States Penitentiary
P.O. Box 2099
Pollock, Louisiana 71467

In Re: CR-95-00054 and CV-99-00012

Dear Mr. Chargualaf:

    In response to your letter dated October 30, 2006, please find enclosed the following documents:

1. Order filed August 10, 1999
2. Order filed August 9, 2001
3. Docket Sheet

Sincerely,

Virginia T. Kilgore
Deputy Clerk

Enclosures