Clerk of Court
U.S. Court House
520 W. Soledad Ave.
Hagatna, Guam. 96910

January 19, 2008

Honofre Chargualaf
Reg.# 01107-093
FCI Tucson
P.O. Box 23811
Tucson, Arizona 85734

Inre: <u>Change of address</u>

Dear Clerk of the Court,

   I've been in transit since December 28, 2007-up to my arrival here at F.C.I. Tucson, January 18, 2008. So this letter is in regards to my new address here at F.C.I. Tucson, and to inquire with your Dept. as to any new developments with my current Rule 60(b) motion that was filed recently in your court under <u>U.S. v. Chargualaf</u>.

                                                Sincerely,

                                                */s/ Honofre Chargualaf*

RECEIVED
JAN 28 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Honofre Chargualaf, #01107-093
Federal Correctional Institution-Tucson
P.O. Box 23811
Tucson, AZ 85734-3811

Clerk of the Court
U.S. Courthouse
520 W. Soledad Ave.
Hagatna, Guam 96910

RECEIVED
JAN 28 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM