Honofre J.O. Chargualaf
Reg. No.# 01107-093
FCI Tucson
P.O. BOX 23811
Tucson, AZ. 85734

**FILED**
DISTRICT COURT OF GUAM

JUN 1 8 2008

JEANNE G. QUINATA
Clerk of Court

The District Court of Guam
For the Unincorporated Territory of Guam

| | |
|---|---|
| Honofre J.O. Chargualaf<br><br>Petitioner,<br><br>v.<br><br>District Court of Guam<br><br>Respondent, | CIVIL CASE NO.# CV-07-00032<br><br>In re to the above referenced civil case number<br><br>**LETTER**<br><br>**TO THE COURT** |

    In perspective for the court, it is the understanding of this petitioner that the Organic Act of Guam takes the place of the Constitution for the United States, see: **American Ins. Co. v. Canter, 26 U.S. (1Pet.) 511, 542 (1828) at:** 542-543. And since the commerce provision Article 1, §. 8, Clause 3 of the the United States Constitution has not been extended to the Government of Guam within the provisions of the Organic Act, Title 48 USCA § 1421 b (u), then any application of such power (Art. 1, §. 8, Cl.3) within its judicial branch of government would therefore be unconstitutional and repugnant. For it is not germane and not part of Guam's constitution (Organic act) per se for an article IV administrative agency (USDC Guam), an instrument of the federal government, to exercise a power not delegated to it by Congress within its Organic Act.

    To ursurp such a power not given to it violates the commerce clause, Art. 1, §. 8, Cl. 3 of the United States constitution, violates Article III for improper venue to try this matter, and

has violated and continues to violate this petitioner's rights retained by him under Guam's bill of rights, Title 48 USCA § 1421 b, and the provisions of the Due Process Clause under section (u) of that Title and subsection.

The district court of Guam cannot decide upon, apply, uphold, or enforce any statutory legislation such as Title 18 USC § 921-930 where the congressional commerce provision is inconsistant with the provisions of Guam's Organic Act, 48 USCA § 1421 b (u), see: **Sakamoto v. Duty Free Shoppers, LTD.**, 613 F. Supp. at: 393.

This petitioner asks' this court to enter on its own motion in the matter of civil case no.# CV-07-00032 to determine its jurisdiction to try the alleged federal firearm offenses based on both the provisions set forth in the Organic Act of Guam, 48 USCA §1421 b. (u), and the Congressional commerce clause provision Article 1, Section 8. , Clause 3 of the United States Constitution.

Further delay in this matter only serves to institutionalize and insulate an encroachment by this court for the federal government upon my life and liberty, causing further harm and hardship upon myself and my family.

Date: Sunday, June 8th, 2008.    Respectfully Submitted

*[signature]*

Honofre J.O. Chargualaf
Reg. No. # 01107-093
FCI TUCSON
P.O. BOX 23811
Tucson, AZ. 85734

(2)

HONOFRE J.G. CHARGUALAF
# 01107-093
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 23811
Tucson, AZ. 85734

RECEIVED
JUN 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FCC TUCSON
2008 JUN 12 AM 7:02

FEDERAL CORRECTIONAL COMPLEX
9300 SOUTH WILMOT ROAD
TUCSON, AZ 85706
Date: 6/12/08

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address.

TUCSON AZ 857
12 JUN 2008 PM 4 L

DISTRICT COURT OF GUAM
CIVIL DIVISION

4th Floor U.S. Courthouse
520 West Soledad Avenue.
Hagatna, Guam 96910